IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02907-BNB

DONA KELLER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY ADM.,

    Defendant.

## ORDER DRAWING CASE

    Following review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case is not appropriate for summary dismissal.  The case will be placed on the AP Docket.  Accordingly, it is

    ORDERED that this case shall be placed on the AP Docket.

    DATED November 17, 2011, at Denver, Colorado.

                                             BY THE COURT:

                                             s/ Boyd N. Boland
                                             United States Magistrate Judge