IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-2907-AP**

**DONA KELLER,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter, having recently been placed on the AP docket, arrived as a sealed case because plaintiff asserted jurisdiction under 31 U.S.C. § 3729. A review of the complaint and attachments, however, shows that Plaintiff is, in fact, asserting her right to court review under 42 U.S.C. § 405(g). Because this case is an appeal of an administrative decision denying Social Security benefits, and not a Qui Tam action, the case shall be UNSEALED and the cause of action corrected to accurately reflect the nature of the proceedings.

Dated this 21st day of November, 2011.

                                                BY THE COURT:

                                                *s/John L. Kane*
                                                John L. Kane, Senior Judge
                                                United States District Court