IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-2907-AP**

**DONA KELLER,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE**, Commissioner of Social Security,

    Defendant.

## ORDER

Kane, J.

This matter is currently before me on Plaintiff's Motion to File D.C.COLO.L.CivR 24.1 A Claim of Unconstitutionality (doc. 27). Because final judgment has been entered in this case, any arguments must be raised on appeal. Accordingly, the motion is DENIED. Plaintiff should be aware that the deadline for the filing notice of an appeal is April 23, 2012.

Dated: April 23, 2012

BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Judge